THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORI SHAVLIK, *et al.*,

        Plaintiffs,

   v.

CITY OF SNOHOMISH, *et al.*,

        Defendants.

CASE NO. C17-0144-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant City of Snohomish's motion to file an over-length summary judgment brief (Dkt. No. 26). Defendant request an additional 13 pages, bringing the total number of pages to 37. (Dkt. No. 26 at 1.) While the Court does not find it unreasonable to grant Defendant additional pages, the requested amount is excessive. The Court hereby GRANTS Defendant 10 additional pages, bringing to the total number of pages to 34. This page limit will also apply to Plaintiffs' opposition brief; Defendant's reply brief will be limited to 17 pages. LCR 7(f)(4).

//

//

//

MINUTE ORDER C17-0144-JCC
PAGE - 1

1     DATED this 27th day of October 2017.

2                                             William M. McCool
                                              Clerk of Court
3
                                              s/Tomas Hernandez
4                                             Deputy Clerk