UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK, *et al.*, | CASE NO. C17-0144-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF SNOHOMISH, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to continue the hearing date on Defendants' two motions for summary judgment and Plaintiffs' motion for partial summary judgment (Dkt. No. 61). Pursuant to Federal Rule of 56(d), the Court concludes Plaintiff has shown that it cannot present facts essential to justify its opposition to Defendants' pending summary judgment motions (Dkt. Nos. 29, 34). Therefore, a continuation is warranted to provide Plaintiffs the opportunity to gather additional facts. The Court further concludes that for reasons of judicial economy, consideration of Plaintiffs' pending partial summary judgment motion (Dkt. No. 33) should similarly be continued. Plaintiffs' motion to continue (Dkt. No. 61) is GRANTED.

Pursuant to Local Rule 7(l), the Court DIRECTS the Clerk to renote Defendant

1  Snohomish County Fire Protection District No. 4's and Defendant City of Snohomish' motions
2  for summary judgment (Dkt. Nos. 29, 34), and Plaintiffs' motion for partial summary judgment
3  (Dkt. No. 33) to January 19, 2018. Consistent with Local Rule 7(d)(3), revised responses in
4  opposition to all three summary judgment motions are due January 15, 2018 and replies are due
5  January 19, 2018.

6      DATED this 8th day of December 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk