THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SNOHOMISH, *et al.*, <br><br> Defendants. | CASE NO. C17-0144-JCC <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL |

This matter comes before the Court on Plaintiffs' motion to compel (Dkt. No. 52). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion and *sua sponte* ORDERS payment of reasonable expenses and sanctions for the reasons explained herein.

Pursuant to Federal Rules of Civil Procedure 37(a)(3)(B)(i) and 37(a)(4), Plaintiffs ask the Court to compel Defendant Snohomish County Fire Protection District #4 ("Fire District") to respond to eight written deposition questions in accordance with Rules 30(b)(6), 31(a)(2)(ii), and 31(a)(4). After reviewing the parties' briefing and related declarations, the Court finds that an order directing the Fire District to respond to the questions at issue is warranted. (*See* Dkt. No. 53 at 7–12.) The Court further finds that the Fire District's evasiveness during deposition and subsequent refusal to respond to Plaintiffs' written deposition questions represent acts of bad faith, warranting sanctions.

1    Plaintiffs' motion to compel (Dkt. No. 52) is GRANTED. The Fire District is
2 DIRECTED to respond to Plaintiffs' request for deposition upon written questions (Dkt. No. 53
3 at 7–12) and to pay $500 in sanctions within ten (10) days of this order. Plaintiffs are
4 DIRECTED to provide an accounting of the expenses incurred in bringing their motion to
5 compel for purposes of an award pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) within
6 ten (10) days of this order.

DATED this 27th day of December 2017.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE