THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF SNOHOMISH, *et al.*,<br><br>  Defendants. | CASE NO. C17-0144-JCC<br><br>ORDER |

This matter comes before the Court pursuant to its discovery order awarding Plaintiffs attorney fees. (*See* Dkt. No. 64 at 2.) The Court has since received a declaration from Plaintiffs' counsel, Amos Hunter (Dkt. No. 65). The declaration adequately supports the amount of time preparing Plaintiffs' motion to compel (Dkt. No. 52). Further, Mr. Hunter's rates are reasonable. The Court excludes the time spent to meet and confer, pursuant to Federal Rule of Civil Procedure 37(a)(i), and GRANTS Plaintiff **$862.50** in attorney fees.

//
//
//
//
//
//

ORDER
C17-0144-JCC
PAGE - 1

DATED this 5th day of January 2018.

                                      *John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE