THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK, *et al.*, | CASE NO. C17-0144-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF SNOHOMISH, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 67) for continuance of the filing deadlines for supplemental briefing on Defendant City of Snohomish's outstanding summary judgment motion (Dkt. No. 34). The Court GRANTS the stipulated continuance (Dkt. No. 67). The Clerk is DIRECTED to re-note Defendant City of Snohomish's motion for summary judgment (Dkt. No. 34) to February 2, 2018. Plaintiffs' Opposition is due January 29, 2018 and Defendant City of Snohomish's Reply is due February 2, 2018. In the interest of judicial efficiency, the Clerk is further DIRECTED to re-note Defendant Snohomish County Fire District's motion for summary judgment (Dkt. No. 29) and Plaintiffs' cross-motion for partial summary judgment (Dkt. No. 33) to February 2, 2018 as well.

//

1     DATED this 16th day of January 2018.

2                                                      William M. McCool
                                                       Clerk of Court
3
                                                       s/Tomas Hernandez
4                                                      Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER C17-0144-JCC
PAGE - 2