UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK, *et al.*, | CASE NO. C17-0144-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF SNOHOMISH, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for continuance of the City of Snohomish's and Snohomish County Fire Protection District No. 4's respective motions for summary judgment, together with a stipulation to adjustment of the case schedule (Dkt. No. 70). Finding good cause, the Court GRANTS the parties' motion. The Clerk is DIRECTED to re-note both Defendant City of Snohomish's and Defendant Snohomish County Fire Protection District No. 4's motions for summary judgment (Dkt. Nos 29 & 34), as well as Plaintiffs' cross-motion for partial summary judgment (Dkt. No. 33) to February 16, 2018. Plaintiff's Opposition is due February 12, 2018. The City's and Fire District's Replies are due February 16, 2018. Discovery Cutoff is reset to March 26, 2018, and the parties' deadline to certify that they have engaged in Alternative Dispute Resolution is Friday, April 6, 2018. All other dates remain unchanged.

1       DATED this 29th day of January 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER C17-0144-JCC  
PAGE - 2