THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   LORI SHAVLIK, et al.,                              CASE NO. C17-0144-JCC

10                        Plaintiff,                   MINUTE ORDER

11          v.

12   CITY OF SNOHOMISH, *et al.*,

13                        Defendants.

14

15          The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17          This matter comes before the Court on Amos Hunter's notice of withdrawal as Plaintiffs'

18   counsel (Dkt. No. 86). But leave of the Court is required for withdrawal. W.D. Wash. Local Civ.

19   R. 83.2(b)(1). The Court DIRECTS Mr. Hunter to move for leave to withdraw. The motion

20   should conform to the requirements of Local Civil Rule 83.2(b)(1), including required

21   certifications and contact information for Plaintiffs. Mr. Hunter will remain counsel of record

22   until such time as the Court grants him leave to withdraw. W.D. Wash. Local Civ. R. 83.2(b)(7)

23          DATED this 19th day of March 2018.

24                                                     William M. McCool
                                                       Clerk of Court
25
                                                       s/Tomas Hernandez
26                                                     Deputy Clerk