THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SNOHOMISH, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C17-0144-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for withdrawal of Plaintiff's counsel and a proposed order regarding the same (Dkt. Nos. 90, 91). Finding that the stipulated motion complies with Local Civil Rule 83.2(b), the Court GRANTS the motion. The Court DIRECTS the Clerk to remove Amos Hunter as counsel of record for Plaintiffs, who will proceed *pro se*, and mail a copy of this order to Plaintiffs at the following address: P.O. Box 73, Woodinville, WA 98072.

DATED this 22nd day of March 2018.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk