THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI SHAVLIK, *et al.*, | CASE NO. C17-0144-JCC |
| Petitioners, | MINUTE ORDER |
| v. | |
| CITY OF SNOHOMISH, *et al.*, | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b), Plaintiffs move the Court to amend its order and judgment (Dkt. Nos. 81, 82, 95). Plaintiff allege, that when the Court granted Defendant City of Snohomish's and Snohomish County Fire Protection District Number Four's summary judgment motions (Dkt. Nos. 29, 34, 81), the Court erred by dismissing Plaintiffs' claims against Defendant Snohomish County (Dkt. No. 95 at 3). Plaintiffs noted their motion to amend for March 16, 2018, but did not file their motion to amend until March 26, 2018. Pursuant to Local Rule 7(d), the Clerk is DIRECTED to re-note the motion to amend (Dkt. No. 95) to April 13, 2018. Defendant Snohomish County may file a response in opposition no later than April 9, 2018. W.D. Wash. Local Civ. R. 7(d)(3).

//

DATED this 27th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk